# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| Jeremy Joseph Litvinas | BK 10−60097−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−3644

## ORDER

    This case is assigned to Judge Laura K. Grandy, United States Bankruptcy Judge, for further proceedings.

ENTERED: March 12, 2010                /s/ Kenneth J. Meyers
                                                                  UNITED STATES BANKRUPTCY JUDGE