# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Jeremy Joseph Litvinas

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−3644

    Debtor(s)

In Proceedings
Under Chapter 7

BK 10−60097−lkg

## ORDER AND NOTICE OF CHAPTER 7
## CASE CLOSED WITHOUT DISCHARGE

The trustee in the above−captioned chapter 7 case having abandoned all scheduled property and having reported that there are no assets available for distribution to creditors; the trustee having performed all other duties required in the administration of the estate and there being no further matters that remain pending in the case; **IT IS ORDERED** that the abandonment of property and report of no distribution are **APPROVED**, the trustee is discharged from and relieved of his/her trust, the sureties on the trustee's bond are released from further liability in the case, and the case is **CLOSED**.

All creditors and parties in interest are notified that the above−captioned case is closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due at the time of filing such a motion.

ENTERED: June 8, 2010

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE